# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-139

| | |
|---|---|
| AMANDA SUTTON and JEFF SUTTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MARINER FINANCIAL SERVICES, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on Chad Diamond's Application for Admission to Practice *Pro Hac Vice* of Daniel Zemel. It appearing that Daniel Zemel is a member in good standing with the New York State Bar and will be appearing with Chad Diamond, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Chad Diamond's Application for Admission to Practice Pro Hac Vice (#6) of Daniel Zemel is **GRANTED**, and

that Daniel Zemel is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Chad Diamond.

Signed: June 9, 2016

Dennis L. Howell
United States Magistrate Judge