IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv139

| | |
|---|---|
| AMANDA SUTTON and JEFF SUTTON, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| MARINER FINANCIAL SERVICES, INC., | ) ) ) ) |
| Defendant. | ) ) |

Pending before the Court is the Consent Motion to Stay [# 5]. The parties jointly move to stay this case pending arbitration. Upon a review of the record, the Court **GRANTS** the motion [# 5]. The Court **STAYS** these proceedings pending the outcome of arbitration of the claims asserted in the Complaint.

Signed: June 14, 2016

Dennis L. Howell
United States Magistrate Judge