IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 139

| | |
|---|---|
| AMANDA SUTTON and JEFF SUTTON, ) <br> ) <br> Plaintiffs ) <br> ) <br> v ) <br> ) <br> MARINER FINANCIAL SERVICES, ) <br> INC., ) <br> ) <br> Defendant. ) | **ORDER** |

**THIS MATTER** came before the undersigned upon the Consent Motion to Stay Litigation Pending Arbitration (#5) filed by Plaintiffs and Defendant. The motion was allowed by this Court by Order (#8) dated June 14, 2016. Since that time, neither the Plaintiffs nor Defendant has filed a report concerning their arbitration. The parties will be ordered to explain to the Court whether or not the resolution of the case has occurred through arbitration or some other means.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the parties in this case shall advise the Court and file a report explaining in detail whether or not this matter has been resolved through arbitration and, if not, what plan the parties have for this matter. The report shall be filed on or before **May 12, 2017.**

Signed: May 2, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge